# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ITALO RAFAEL BRETT BONINI<br><br>_Defendant(s)_ | )<br>)<br>)  Case No.<br>)           6:25-mj- 1111<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 12, 2025__ in the county of __Orange__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Coercion or enticement of a minor using a facility of interstate commerce |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_Complainant's signature_
SA Ruth Marrero, ICE
_Printed name and title_

Sworn to before me over the telephone or reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 2/5/25 11:34 am

_Judge's signature_
LESLIE HOFFMAN PRICE, U.S. Magistrate Judge
_Printed name and title_

City and state: Orlando, Florida

STATE OF FLORIDA     CASE NO. 6:25-mj- \|\|\

COUNTY OF ORANGE

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Ruth Marrero, being duly sworn, do hereby depose and state as follows:

1. This affidavit is submitted in support of a criminal complaint against Italo Rafael Brett Bonini ("BRETT BONINI") for a violation of 18 U.S.C. § 2422(b). As set forth in more detail below, I believe there is probable cause that on or about January 12, 2025, in the Middle District of Florida, and elsewhere, BRETT BONINI violated 18 U.S.C. § 2422(b) by enticing a minor using a facility of interstate commerce to engage in sexual activity for which a person could be charged with a criminal offense.

2. I have been a sworn law enforcement officer with the Osceola County Sheriff's office since 2017 and prior I was a police officer with the Los Angeles Police Department for 4.5 years. I am currently assigned to the Federal Bureau of Investigation ("FBI") Violent Crimes Against Children Task Force as a TFO.

3. I have received specialized training concerning investigations of sex crimes, child exploitation, child pornography, and computer crimes. I have also investigated and assisted in the investigation of matters involving the possession, receipt, distribution, and production of child pornography. During the course of my training and investigations, I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media.

1

4. I have participated in various training courses concerning the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

5. I make this affidavit based on my experience and background as a law enforcement officer, my personal participation in the investigation; and information provided by other law enforcement officers and agency personnel. As set forth in more detail below, I have probable cause to believe that a crime has taken place, that is, enticement of a minor to engage in sexual activity, in violation of 18 U.S.C. § 2422(b).

## STATUTORY AUTHORITY

6. It is a violation of 18 U.S.C. § 2422(b) to entice a minor using a facility of interstate commerce, such as a computer, to engage in sexual activity for which a person could be charged with a criminal offense, including the production of child pornography.

## PROBABLE CAUSE STATEMENT

7. On February 4, 2025, the Osceola County Sheriff's Office was contacted by the Maryland State Police in reference to a male suspect later identified as BRETT BONINI. On January 18, 2025, at approximately 8:30 p.m., Maryland State Trooper Stallings, assigned to the Maryland State Police Bel Air Barrack, was

2

dispatched to the report of a computer crime involving two child victims (CVs) who reside in Aberdeen, Maryland. Trooper Stallings contacted the father of the CVs, A.P. A.P. explained that CV1 created a Discord account while he was staying with his grandparents on January 12, 2025.

8. On January 18, 2025, A.P. discovered disturbing messages in CV1's Discord chat. A.P. reviewed the chats and discovered a conversation in which a Discord user later identified as BRETT BONINI was online soliciting A.P.'s 8-year-old son to reveal his genitalia and engage in sexual acts. A.P. explained that the Discord conversation showed that BRETT BONINI engaged in multiple video calls with CV1 as well. A.P. spoke to CV1 and CV1 admitted to pulling his pants down and revealing his genitalia to the individual later identified as BRETT BONINI during a video call.

9. Trooper Stallings also contacted the mother of the CVs, as well as the two CVs, namely CV1, DOB: XX/XX/2016 and CV2, DOB: XX/XX/2019. The mother of the CVs stated that CV1 and CV2 pulled their pants down during the Discord video call, and that while CV1 exposed his penis, CV2 never pulled his underwear down. When asked, CV1 confirmed. The suspect also promised CV1 and C2 video game currency in exchange for their sexual acts. Trooper Stallings then asked CV1 to describe the physical appearance of the suspect on the video call. CV1 described him as a white male with brown hair and no facial hair. CV1 stated, "He was 16 and a grown up, and he has a driver's license, and he was not smiling."

3

10. Trooper Stallings read through the whole Discord chat and obtained the Discord username and user ID number for the Discord account. Multiple messages from the suspect, *i.e.* BRETT BONINI, were observed telling the two young boys to take the computer to a more private spot away from the adults. BRETT BONINI made statements indicating that he had shown his genitals to CV1, such as "I just wish you would show yours with me, I showed mine really easily." BRETT BONINI then asked CV1 multiple times to show his privates in return. BRETT BONINI then offered CV1 and CV2 25,000 Robux (Roblox in-game currency) for the CVs to show their genitalia on screen. Then BRETT BONINI stated, "Both of you pull your pants down together so your pp's are out then ill tell you the next instruction."

11. BRETT BONINI continued by saying, "ok lower your cams and then I want you to both rub each other's penises like this." BRETT BONINI then said, "Goodjob." The rest of the Discord chat displayed similar conversations such as the ones above. The suspect's (i.e. BRETT BONINI's) Discord username was: asanchez1020, Discord User ID #: 1280476923004321926.

12. On January 28, 2025, the Maryland State Police - Bel Air Barrack notified the Harford County Child Advocacy Center about the victimization of CV1 and CV2. The investigation was assigned to Trooper Cooke. Trooper Cooke contacted A.P. and corroborated all information previously relayed to the initial responding officer. A.P. provided CV1's Discord account username. A.P. verified that he did not observe any child pornography images/videos within any of CV1's or

4

CV2's devices/applications, which was consistent with their statements that they exposed themselves during a live video chat.

13. On January 31, 2025, Trooper Cooke authored a search warrant for the contents of Discord account "asanchez1020," which was judicially endorsed and served to Discord on the same day. All events occurred in Harford County, MD. Discord responded to the search warrant and Trooper Cooke reviewed the conversation between CV1 and BRETT BONINI.

14. Trooper Cooke read through the whole Discord chat and obtained the Discord username and user ID number for the suspect's Discord account. Discord identified the subscriber as:

| | |
|---|---|
| User ID: | 1280476923004321926 |
| Username: | adrianbro2#0 |
| Email: | asanchez2021gamer@gmail.com |
| Email verified: | Yes |
| Phone number: | +14074599220 |
| Registration IP: | 142.197.243.180 |
| Registration Time (UTC): | 2024-09-03 10:38:08 |
| Last Seen Time (UTC): | 2025-02-03 12:37:45 |
| Last Seen IP: | 35.145.117.140 |

15. Trooper Cooke reviewed multiple messages that BRETT BONINI sent to CV1 and CV2. In the messages BRETT BONINI instructed CV1 and CV2 to take the computer to a more private spot away from the adults. BRETT BONINI then

5

made statements indicating that he had shown his genitals to CV1. BRETT BONINI asked CV1 multiple times to show his privates in return. BRETT BONINI offered CV1 and CV2 25,000 Robux (Roblox in-game currency) for both CVs to show their genitalia on screen. BRETT BONINI continued by saying, "ok lower your cams and then I want you to both rub each other's penises like this." BRETT BONINI then said, "Goodjob." The rest of the Discord chat displayed similar conversations such as the one described above.

## IDENTIFICATION OF SUBJECT

9. On February 4, 2025, the FBI served an exigent order to Charter Communications (Spectrum) to obtain the subscriber of the IP Address used by the suspect's account at the time the CVs were victimized (35.145.117.140), as well as the subscriber of the IP address used at the time the account was set up (142.197.243.180). On February 4, 2025, Charter Communications verified that both of the IPs were subscribed to L.B, at the residential address of 4903 Santa Clara Drive, Orlando, Florida 32837 (the "Premises").

10. On February 4, 2025, an FBI agent conducted a Florida Driver's and Vehicle Identification Database check on the address of the Premises. This check showed that L.B. resided at the Premises along with BRETT BONINI and two other significantly older males.

11. Law enforcement queried the suspect Discord account's registered phone number (+14074599220) through law-enforcement databases which revealed that it was registered through Verizon to "Italo Brett Jr." residing at 4903 Santa

6

Clara Dr, Orlando, FL 32837 (the Premises). Law enforcement conducted an open source / social media query of Italo Brett Jr. and observed a Facebook account listed to Italo Brett Jr., who indicates on his profile that he resides in Orlando, Florida. Law enforcement reviewed a user profile photograph from the Facebook account of Italo Brett Jr. and compared it to the driver's license photograph of BRETT BONINI and both photographs depicted the same person.

12.    As set forth above, CV1 indicated that the suspect had a youthful appearance. An FBI agent reviewed the driver's license photograph of BRETT BONINI and although he is 25 years old he nonetheless has a youthful appearance. Both the other males who reside at the Premises are significantly older than BRETT BONINI.

13.    On February 4, 2025, the FBI executed a search warrant at the Premises. Upon arrival at the Premises, FBI agents made contact with the occupants at the door of the residence and asked BRETT BONINI and two other occupants to exit the residence as the FBI executed the federal search warrant.

14.    Concurrent with the execution of the search warrant, FBI Special Agent Michelle Langer and myself conducted a non-custodial interview with BRETT BONINI, who was repeatedly informed that he was not under arrest, was free to leave, and did not have to speak with agents.

15.    BRETT BONINI confirmed during the interview that he has resided at the Premises with his parents since 2001. BRETT BONINI also confirmed that Charter Communications (Spectrum) provides internet to the Premises and that the

7

wifi is password protected. BRETT BONINI stated that he owned an Apple iPhone, iMac desktop, and an iPad.

16.  BRETT BONINI further confirmed that the phone number and the Discord account in the Cybertip report belonged to him. BRETT BONINI also confirmed that he was the user on the Discord account with the username adrianbro2#0. However, BRETT BONINI stated that he recently deleted his Discord account because he was disgusted with himself.

17.  During the interview but before discussing the details of the allegations or genders of the victims, BRETT BONINI stated that he was "not even gay" and that he "fell into temptation that I should not have. I'm not a sick individual, I made a mistake." BRETT BONINI then admitted that he utilized his iMac desktop to communicate with children on Discord. BRETT BONINI chose to speak with children because they were "easier to talk to," and he liked the control aspect of the chat with CV1.

18.  BRETT BONINI admitted that he communicated with children via Discord's live chat feature including video footage. BRETT BONINI also stated that he recalled the video chat with CV1, and he admitted that he had asked CV1 to display his genitals on the screen and that CV1 complied.

8

## CONCLUSION

29. Based on the above, there is probable cause that on or about January 12, 2025, in the Middle District of Florida, BRETT BONINI violated 18 U.S.C. § 2422(b).

_____
Ruth Marrero
TFO
Federal Bureau of Investigation

Affidavit submitted by email and attested to me as true and accurate via telephone or video conference, consistent with Fed. R. Crim. P. 4.1 and 4(d)(3), before me this 5th day of February, 2025.

_____
LESLIE HOFFMAN PRICE
United States Magistrate Judge

9