UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:25-cr-055-JSS-DCI

ITALO RAFAEL BRETT BONINI

## NOTICE OF RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action:

☒ IS   related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

*United States v. Italo Rafael Brett Bonini*, 6:25-mj-01111-LHP (Complaint)

☐ IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Related Action upon each party no later than eleven days after appearance of the party.

Dated:   March 11, 2025

                                          Respectfully submitted,

                                          SARA C. SWEENEY
                                          Acting United States Attorney

                              By:   */s/ Brandon Cruz*
                                          Brandon Cruz
                                          Assistant United States Attorney
                                          Florida Bar No. 1040423
                                          400 W. Washington Street, Suite 3100
                                          Orlando, Florida 32801
                                          Telephone:   (407) 648-7500
                                          Facsimile:   (407) 648-7643
                                          E-mail: brandon.cruz@usdoj.gov

**U.S. v. ITALO RAFAEL BRETT BONINI     CASE NO. 6:25-cr-055-JSS-DCI**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Tracey Kagan, Esq.

                                                            */s/Brandon Cruz*
                                                            Brandon Cruz
                                                            Assistant United States Attorney
                                                            Florida Bar No. 1040423
                                                            400 W. Washington Street, Suite 3100
                                                            Orlando, Florida 32801
                                                            Telephone:   (407) 648-7500
                                                           Facsimile:    (407) 648-7643
                                                           E-mail: brandon.cruz@usdoj.gov