**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CLERK'S MINUTES
Status Conference

Case Number: 6:25-cr-55-JSS-DCI

| UNITED STATES OF AMERICA | Government's Counsel: | Brandon Cruz |
|---|---|---|
| Plaintiff, | | |
| v. | | |
| Italo Rafael Brett Bonini | Defense Counsel: | Tracey Kagan |
| Defendant. | | |

| Judge: | Julie S. Sneed | Court Reporter: | Karla Hyland hylandtranscripts@outlook.com |
|---|---|---|---|
| Deputy Clerk: | Grace Farey | Interpreter: | N/A |
| Date: | March 11, 2025 | Time: | 2:16 PM – 2:21 PM TOTAL: 5 minutes |

Case called. Appearances taken.

The court grants Defendant's Motion to Continue (Dkt. 33)

After considering all the factors, including those set forth in 18 U.S.C. § 3161(h) and for the reasons stated on the record, the court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial. The court, therefore, determines that the time from today until and including June 30, 2025 shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

The court sets the case for trial on the June trial term commencing on June 2, 2025. A status conference is set for May 27, 2025 at 2:00 PM.

Defense counsel is directed to file a Waiver of Speedy Trial through June 30, 2025.

Court is adjourned.